■ DOROTHY FITCH, Individually and as Administratrix of the Estate of CRAIG FITCH, Deceased, Respondent, v TURNER CONSTRUCTION COMPANY et al., Respondents and Third-Party Plaintiffs-Respondents. AMERICAN STEEL ERECTORS, Third-Party Defendant-Appellant. TURNER CONSTRUCTION COMPANY et al., Second and Third Third-Party Plaintiffs-Respondents, v OWEN STEEL COMPANY, INC., Second and Third Third-Party Defendant-Respondent. AMERICAN STEEL ERECTORS, INC., et al., Third Third-Party Defendants-Appellants. [632 NYS2d 462] —Order, Supreme Court, New York County (Joan Lobis, J.), entered on or about April 20, 1995, unanimously affirmed for

the reasons stated by Lobis, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.